IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY LESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-138-SMY |
| | ) |
| BURT'S BEES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Plaintiff's Voluntary Dismissal Notice (Doc. 27) and the Order of Dismissal (Doc. 28), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** June 20, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

_____
**STACI M. YANDLE**
**United States District Judge**